<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7587**

───────────

ISAAC L. KINGSBY,

Plaintiff - Appellant,

versus

S. K. YOUNG,

Defendant - Appellee,

and

A. HARDING, Correctional Officer, WRSP; JOHN
DOE, Correctional Officer, WRSP,

Defendants.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-01-592-7)

───────────

Submitted: April 16, 2003          Decided: May 6, 2003

───────────

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Isaac L. Kingsby, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaac L. Kingsby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm substantially on the reasoning of the district court.  See <u>Kingsby v. Young</u>, No. CA-01-592-7 (W.D. Va. filed Sept. 30, 2002, entered Oct. 1, 2002). We deny Kingsby's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>